1  CLEOPHAS WHITE

2  820 WILLOW ST #148
   SAN JOSE CA.   95125
3  916 856-4360

4

5  IN PRO PER

FILED

2008 FEB -7 A 9:22

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE, CALIFORNIA, SANTA CLARA COUNTY

CLEOPHAS WHITE,
PLAINTIFF.

vs.

WAL MART STORES, INC.

DEFENDANTS.

CASE NUMBER
CAUSE OF ACTION
1. HARASSMENT AND RACIAL DISCRIMINATION
2. FRAUD

C08  00843 PVT

17  At all time mentioned herein Wal Mart the Defendant was operating a Store
18  on Story Road in San Jose, California.
19      The incident between Plaintiff, Cleophas White, and Wal Mart which
20  cause me to file this lawsuit, took place at their Story Road Store, in
21  San Jose California. Plaintiff alleges that the defendant committed FRAUD.
22      Plaintiff alleges Harassment and Racial Discrimination against the
23  Defendant, and decrimination in their hiring practices, at this Store.
24      Since the incident took place in San Jose, California and it involves
25  Racial Discrimination which is under the exclusive Jurisdiction of
26  Federal Courts.
27      This Court has Proper Jurisdiction.

28                          WHITE V. WAL MART
                                  1

1  PLAINTIFF ALLEGES HIS FIRST CAUSE OF ACTION:
2  HARASSMENT AND RACIAL DISCRIMINATION:
3
4     On or about 12-6-07, I went into Wal Mart's Store on Story Road in San
5  Jose,California, at about 9:15 a.m. and dropped off 2 prescriptions to be
6  filled at their Pharmacy.Both prescriptions had been written by the same
7  Doctor on the same date at the same time, they were filled in different
8  places before because one ran out before the other did.
9     The lady who excepted my prescriptions,I believed she was the
10 pharmacist,she happen to be Asian. One prescription was for High Blood
11 Pressure, the other for prostrate problems. She told me I could pick up
12 my prescriptions in about 30 minutes.
13    My Prostate prescription had been filled at WalMart before. My Blood
14 Pressure prescription had been filled at a competitors store (Rite Aid
15 Drug Store in Sacramento, California).
16    When I returned in about half an hour to pick up my prescriptions.The
17 pharmacist informed me that she had filled my prostate prescription only
18 . She said she couldn't fill my Blood Pressure prescription from Rite Aid
19 Drug Stores, because   the phone number had been disconnected,so she
20 couldn't get my prescription from them. She stated that I needed to get a
21 new phone number for this store in order for her to help me.
22    I ask why she didn't just call information and get the phone number
23 of a Rite Aid Store, they are a National Chain, any one of their Stores
24 could have supplied her with this information from their Computers. Or
25 call my Doctors office since her store had his information as well.
26    Up until this point she had been speaking English perfectly well. Now
27 she started speaking in broken English, and pretending that she couldn't
28           WHITE V. WAL MART

2.

understand what I was asking her. And repeating that Rid Aid Drug Store phone number was disconnected.

I next told her to forget the Blood Pressure prescription, I'd just take the Prostate Prescription. She directed me to the cashier at the end of Counter who had been standing and listening to our conversation, she also just happened to be Asian.

I showed her my drivers license to I.D. myself and pick up my prescription. She informed me that I couldn't have my prescription unless I could verify my home address. The prescription bottle had Homeless written in the address space. I allege this would be Discrimination against the Homeless.

HUMILIATED, I left the Store.

I went outside to my car and called the Rite Aid Drug Store Pharmacy using the phone number off the prescription bottle that I had given the Wal Mart Pharmacist, the phone number was good, I got right through, it was not disconnected as she had stated.

When I took my prescription to Target Store's Pharmacy to fill my Prostate Prescription, they called Wal Mart to get the prescription from them and was told they couldn't find my prescription, because it had been transferred to another one of their stores and they had no record of which one it was. So I couldn't get my prescription filled.

CONCLUSION

I allege that the Pharmacist lied to me on purpose when she said Rite Aid's phone number was disconnected.

WHITE V. WAL MART
3.

1  I allege that she did this to Harass me, and not serve me because I was Black and Homeless. This was Harassment and Racial Discrimination.

3  I allege that when the cashier refused to give me my prescription even though I had proper I.D. she did so to Harass me. Because I was Black and Homeless.

6  I allege that when the Pharmacist from target Stores contacted Wal Mart Pharmacy to get my prescription from them. And was told it had been transferred to another one of the stores but they didn't know which one. They were lying. They lied for the purpose of Harassing me because I was Black and Homeless.

11  I allege that Wal Mart Store on Story Road in San Jose is engaged in Racial Discrimination against Black People in their hiring practices for clerks and Managers, at this Store.

14  For about 30 days Wal Mart claimed to be investigating my Complaint, when in fact they were trying to cover the whole incident up.

16  I allege that when I showed the Wal Mart Cashier my I.D. to Identify myself, and she refused to give the prescription because my other bottle from Rite Aid Drug Stores listed me as Homeless in the Address space.

19  I allege this was Discrimination against the Homeless.

20  am I to understand that Wal Mart will not fill the prescriptions for the Homeless even with proper I.D as I had ?

22  The behavior of Wal Mart's employees was Harassing, Racist, Discriminatory, and OUTRAGEOUS. And it was all done on purpose.

WHITE V. WAL MART

4.

1   SECOND CAUSE OF ACTION:

2   I allege that Wal Mart is engaged in Defrauding Customers
3   who sue them, of their Legal Right to Due Process, by
4   Destroying the evidence against them.

5   I allege that they sandbag anyone who sues them by
6   stalling, claiming that they need to conduct a long
7   investigation. And destroying evidence against them while
8   this investigation is being conducted (more Fraud).

9   The incidents of my being Harassed and Discriminated
10  against were video taped by Wal Mart, on 12-6-07 the date
11  of the incident.

12  The Court must view this tape and read the transcript,
13  it is the best evidence of what happened and what was said
14  by the parties.

15  On or about 12-6-07 I complained to Wal Mart about
16  being Harassed and Discriminated against by their
17  employees. I informed them that they were going to be sued.

18  Shortly thereafter I received a call from a woman who
19  identified herself as Jennifer Santos . She stated that she
20  had been charged with viewing the tapes of what happened
21  and speaking to the parties who were involved. She
22  requested that I give her my statement of facts, and at the
23  end of a weeks time we would get together,view the tape and
24  see if we could resolves the problem. Based on this
25  statement I agreed.

26  I ask if the tapes had sound she said she didn't know,
27  but if they didn't there would be a transcript made.

28                          WHITE V. WAL MART
                                  5.

1  In about a week she called me back and stated that she couldn't
2  discuss this case with me, nor could I view the tape.
3  I allege that Ms Santos knowingly lied to me when she told
4  me that she would allow me to view the tape in a weeks time.
5  I allege that I would never have given Wal Mart my
6  Statement of Facts, but for her promise that they would show me
7  the tape and their employees statements. I allege that they
8  committed Fraud.
9  During this same call she informed me that the taped
10 transcript, and all other documents were being forwarded to
11 their home office for farther investigation. And that I would
12 be contacted by someone with more authority. If their employees
13 did nothing wrong then why would more investigation be
14 necessary ? I allege this is an admission of guilt.
15 On or about 1-4-08, I received a call from a man
16 identifying himself as Emanuel Rohoni.
17 He informed me that their investigation was complete
18 . He stated that while their employees behavior may have been
19 improper, he didn't feel that they should be fired. Another
20 Admission of guilt.
21 I asked him what their punishment would be he said he
22 couldn't tell me that.
23 I allege that Wal Mart is engaged in a cover-up, they lied
24 to me for the purpose of gaining an unfair legal advantage.
25 They are wrong when they say their employees did nothing to be
26 fired for. They broke the law when they Harassed and
27 Discriminated against me.
28                           WHITE V. WAL MART
                                   6.

I allege that Wal Mart is intentionally perverting the truth, attempting to hide the facts, making false representations of the facts. All for the purpose of trying to justify their employees Racist, Harassing, Discriminatory behavior. I allege these are all acts of Fraud.

THEREFORE, Plaintiff Prays the Court award him $200,000 in Damages for Harassment, Racial Discrimination and Job Discrimination against Black People at this Store. Their employment records will prove it. And Fraud.

Signed,

*[signature]*

CLEOPHAS WHITE
DATED 1/29/08