CASE NUMBER: C0800843-PVT
CASE TITLE: CLEOPHAS WHITE V. WAL MART STORES INC.

FROM: CLEOPHAS WHITE

TO: THE HONORABLE JUDGE PATRICIAL V. TRUMBULL

SUBJECT: PREVENTING THE BEST EVIDENCE FROM BEING DESTROYED

FILED

2008 FEB 15 A 10: 12

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Dear Judge Trumbull,
I believe the defendant may Destroy the Best Evidence in this Case.

I allege that the incident in this Case was filmed on Video by the defendant. Since the Best Evidence in this Case is the Video, Sound, and Transcript of the incident. I Request that the Court on it's own Motion, Order the Defendant not to destroy this evidence.
I, request also that this Case be put on a Fast Track.

BRIEF CASE HISTORY:

1. I am appearing before Your Honor, In Pro Per, and In Forma Pauperis. The Defendant has not been served by the Court yet.
2. The incident took place on 12-6-07 at the defendants store, and was caught on Video by the defendant ( BEST EVIDENCE ).
3. The Video is in the defendants possession.
4. This Video is the Best Evidence of what happened in the incident between the parties, thus it MUST be viewed by the Court.
5. On or about 12-6-07, I notified the defendant that I was going to file a lawsuit against them.
6. Soon thereafter the defendant contacted me and requested that I give them time to investigate the incident before filing a lawsuit, I agreed.
7. On or about 1-4-08, the defendant phoned me and said their investigation was completed, but they would take no action against their employees.

8. My fear now is that the alleged investigation was a Red Herring, to allow enough time to pass so that the defendant could destroy the Video and claim that they were Justified in doing so, based upon the passage of some amount of time.

I Request that the Court take Immediate Action to STOP THIS DESTRUCTION OF THE EVIDENCE.

SIGNED *Cleophas White*
CLEOPHAS WHITE, PLAINTIFF, IN PRO PER
DATED 2-9-08.