Gregory L. Spallas, SBN 129306
Shivani Sutaria, SBN 249942
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, Tenth Floor
San Francisco, California 94108
Tel:   (415) 278-9400
Fax:   (415) 278-9411

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEOPHAS WHITE. <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC. <br> Defendant. | Case No. CV 08-00843 PVT <br><br> **DECLARATION OF DANA CHAU IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CAUSES OF ACTION FOR RACIAL HARASSMENT AND DISCRIMINATION AND FRAUD AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT – [FRCP 12(b)(5)]** <br><br> Accompanying Papers: Notice of Motion and Motion To Dismiss and [Proposed] Order <br><br> Hearing:      April 29, 2008 <br> Time:         10:00 a.m. <br> Courtroom:  Judge Trumbull |

I, Dana Chau, declare:

1. I have personal knowledge of the matters presented herein and could testify competently to these matters if called to do so.

2. I am a Pharmacist employed by Wal-Mart Stores, Inc ("Wal-Mart"). I work at Wal-Mart stores #5435 in San Jose, #2119 in Milpitas, California, and #2031 in Union City, California.

3. My primary job responsibility as a Pharmacist is to fill prescriptions and dispense information and advice to customers.

4. On February 28, 2008, I was working as a Pharmacist at Wal-Mart store #5435 in San Jose, California. I was standing at the counter when I was approached by a man. He identified himself as

DECLARATION OF DANA CHAU

– 2 –

being from the court, showed me his badge, and gave me his business card, which indicated he was Deputy U.S. Marshall Tim Shobar.

5. U.S. Marshall Shobar then handed me court documents. He did not ask for a manager or supervisor or for my name.

6. I asked U.S. Marshall Shobar numerous questions, but he told me that he was only there to serve the documents and that I could call the court's clerk whose phone number was on the documents. U.S. Marshall Shobar then left the Pharmacy Department.

7. I am an hourly store employee of Wal-Mart. I am not a Wal-Mart officer, executive or member of management.

8. I am not authorized by appointment or law to receive service of process for Wal-Mart.

9. My position as a Pharmacist does not provide me with authority within the overall Wal-Mart organization to receive service of process.

10. I have not previously being served with court documents while working as a Pharmacist for Wal-Mart.

11. I have never been trained on the protocols to follow if served with court documents.

12. I do not interact with the Store Manager of #5435, #2119, #2031 or Wal-Mart management above the store level on a regular basis. I do not interact with Wal-Mart executives located at its principal place of business in Arkansas.

13. I am not integrated within Wal-Mart in a manner that made me aware of the protocols to follow upon being served with court papers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:

_____          _____
(Date and Place)                          Dana Chau