1  Gregory L. Spallas, SBN 129306
   Shivani Sutaria, SBN 249942
2  PHILLIPS, SPALLAS & ANGSTADT LLP
   650 California Street, Tenth Floor
3  San Francisco, California 94108
   Tel:  (415) 278-9400
4  Fax:  (415) 278-9411

5  Attorneys for Defendant
   WAL-MART STORES, INC.

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 CLEOPHAS WHITE.                      ) Case No.  CV 08-00843 PVT
                                        )
11         Plaintiff,                   ) **[PROPOSED] ORDER**
                                        )
12 v.                                   ) Accompanying Papers:  NOTICE OF
                                        ) MOTION AND MOTION TO DISMISS
13 WAL-MART STORES, INC.                ) and MEMORANDUM OF POINTS AND
           Defendant.                   ) AUTHORITIES IN SUPPORT
14                                      )
                                        )
15 _____      ) Hearing:    April 29, 2008
                                        ) Time:       10:00 a.m.
16                                      ) Courtroom:  Judge P. Trumbull
                                        )
17                                      )
                                        )
18

19

20                    [PROPOSED] ORDER

21    This matter was set for hearing on April 29, 2008 at 10:00 a.m.  Defendant and moving party

22 Wal-Mart Stores, Inc. was represented at the hearing by Gregory L. Spallas and Shivani Sutaria,

23 Phillips, Spallas & Angstadt, LLP.  Plaintiff Cleophas White appeared in pro per.  Following

24 review of all the papers on file in this matter and argument made at the hearing, this Court rules

25 on Defendant's Motion to Dismiss as follows.

26      It is hereby ORDERED that:

27

28

1.    Plaintiff's action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(5) for insufficient service of process. Plaintiff failed to comply with the provisions of FRCP 4(h) regarding service of process upon corporations.

    IT IS SO ORDERED.

_____

**Judge Patricia V. Trumbull**

- 2 -
[Proposed] Order