1  **Gregory L. Spallas, SBN 129306**
   **Shivani Sutaria, SBN 249942**
2  PHILLIPS, SPALLAS & ANGSTADT LLP
   650 California Street, Tenth Floor
3  San Francisco, California 94108
   Tel:   (415) 278-9400
4  Fax:   (415) 278-9411

5  Attorneys for Defendant
   WAL-MART STORES, INC.

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

| CLEOPHAS WHITE. | ) Case No.  CV 08-00843 PVT |
|---|---|
| Plaintiff, | ) |
| v. | ) **DECLINATION TO PROCEED BEFORE** |
|   | ) **A MAGISTRATE JUDGE AND** |
| WAL-MART STORES, INC. | ) **REQUEST FOR REASSIGNMENT TO A** |
| Defendant. | ) **UNITED STATES DISTRICT JUDGE** |

           REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party herby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Date_____March 21, 2008_____       Signature____[signature]____

                                   Counsel for ____Defendant____