**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **CLEOPHAS WHITE,** | **C 08-00843 PVT** |
| **Plaintiff(s),** | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **VS.** | |
| **WAL MART STORES, INC.,** | |
| **Defendant(s).** | |

_____

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

      PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for May 27, 2008 before the Honorable Patricia V. Trumbull has rescheduled for **May 30, 2008 at 10:30 a.m.,** before the Honorable Judge Jeremy Fogel.  Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on or before May 23, 2008.

      If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: 3/24/08                                  RICHARD W. WIEKING,
                                                      Clerk of Court

                                                      /s/ Corinne Lew
                                                      Corinne Lew
                                                      Courtroom Deputy

1  Copies mailed on 3/24/08 to:

2  **Cleophas White**
3  820 Willow Street
   #148
4  San Jose, CA 95125

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28