1  Gregory L. Spallas, SBN 129306
   Shivani Sutaria, SBN 249942
2  PHILLIPS, SPALLAS & ANGSTADT LLP
   650 California Street, Tenth Floor
3  San Francisco, California 94108
   Tel:   (415) 278-9400
4  Fax:   (415) 278-9411

5  Attorneys for Defendant
   WAL-MART STORES, INC.

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9
   CLEOPHAS WHITE.                    )  Case No.  CV 08-00843 PVT-JF
10                                    )
         Plaintiff,                   )  **DEFENDANT'S AMENDED NOTICE OF**
11                                    )  **MOTION TO DISMISS PLAINTIFF'S**
   v.                                 )  **CAUSES OF ACTION FOR RACIAL**
12                                    )  **HARASSMENT AND DISCRIMINATION**
   WAL-MART STORES, INC.              )  **AND FRAUD**
13       Defendant.                   )  **[FRCP 12(b)(5)]**
                                      )
14                                    )
                                      )
15                                    )  Hearing:    June 13, 2008
                                      )  Time:       9:00 a.m.
16                                    )  Justice:    Judge Jeremy Fogel
                                      )
17                                    )
   _____)
18

19

20 **TO PLAINTIFF:**

21     Please take notice that Defendant Wal-Mart Stores, Inc. ("Wal-Mart" or "Defendant") hereby

22 moves this Court for an Order dismissing Plaintiff's Complaint ("Complaint") for insufficient service

23 of process to a corporation. This motion is set for hearing on June 13, 2008 at 9:00 a.m. in Courtroom

24 3 before the Honorable Jeremy Fogel and is based on the previously served Memorandum of Points

25 and Authorities and Accompanying papers.

26     Defendant seeks dismissal of Plaintiff's Complaint for insufficient service of process. The

27 Complaint is subject to dismissal under Federal Rules of Civil Procedure ("FRCP") 12(b)(5) because

28

1  Plaintiff Cleophas White ("Plaintiff" or "White") failed to properly serve process on Wal-Mart, a
2  corporation.

3
4  Date: April 3, 2008                    By: _____
                                          Greg L. Spallas, Esq.
5                                         Shivani Sutaria, Esq.
                                          Attorneys for DEFENDANT
6                                         WAL-MART STORES, INC.

- 2 -
**DEFENDANT'S AMENDED NOTICE OF MOTION TO DISMISS**