UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEOPHAS WHITE, ) | Case No.: C 08-000843 JF (PVT) |
| Plaintiff, ) | |
| v. ) | **ORDER RE PLAINTIFF'S EX PARTE MOTION FOR PRESERVATION OF EVIDENCE** |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | |
| ──────────────────────── ) | |

On February 15, 2008, Plaintiff filed an *ex parte* motion for preservation of video taped evidence in Defendant's possession.[1] In order for the court to find that *ex parte* relief is appropriate, there must be a showing of irreparable prejudice if the underlying motion is heard according to regularly notice motion procedures. *See Mission Power Engineering Co. v. Continental Casualty Co.*, 883 F.Supp. 488, 492 (C.D.Cal. 1995). While the court notes that either party may move for a protective order to preserve evidence for use at trial, once a complaint is filed, the Defendant is automatically under a duty to preserve what it knows is relevant or reasonably calculated to lead to

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

the discovery of admissible evidence. *See Wm. T. Thompson Co. v. General Nutrition Corp., Inc.*, 593 F.Supp. 1443, 1455 (D.C. Cal. 1984). Without any allegations demonstrating an immediate threat of spoilation, Plaintiff failed to demonstrate sufficient reasons for proceeding *ex parte* rather than by way of a noticed motion. However, because the court liberally construes a pro se Plaintiff's claims, the court deems Plaintiffs filing as motion for a protective order to preserve video taped evidence. *See King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987).

For the foregoing reasons, It Is Hereby Ordered that:

1. Plaintiffs' motion to proceed *ex parte* is DENIED;

2. Defendant shall file its opposition on or by April 25, 2008;

3. Plaintiff shall file his reply, if any, on or by May 2, 2008;

4. The motion will be submitted on the papers.

Dated: *April 14, 2008*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

1 | Copies of order mailed on April 14, 2008 to the following:

2

Cleophas White
3 | 820 Willow Street, #148
4 | San Jose, CA 95125

5

6

7
    ____EHP_____
8
Chambers of Magistrate Judge
9
Patricia V. Trumbull

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 3*