CLEOPHAS WHITE

820 WILLOW ST #148
SAN JOSE CA.   95125
916 856-4360

IN PRO PER

FILED

2008 APR 15 A 8:13

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE, CALIFORNIA, SANTA CLARA COUNTY

| | |
|---|---|
| CLEOPHAS WHITE, PLAINTIFF. | ) CASE NUMBER CV08-00843 JF |
| vs. | ) CAUSE OF ACTION |
| WAL MART STORES, INC. | ) PLAINTIFF"S RESPONSE TO |
| DEFENDANTS. | ) DEFENDANT"S MOTION TO DISMISS |

1    Plaintiff alleges that he did not receive a copy of defendant's Motion to
2    Dismiss (more on this later).
3    Plaintiff denies each of the defendant's allegations.
4    I allege that the Motion to Dismiss Must be denied on the grounds that it
5    is untimely. There is video ( in the defendants possession) of the incident
6    between plaintiff and the defendant proving my allegations are true.
7    I allege that it would be a miscarriage of justice for this Court to
8    Grant the defendants Motion before seeing the Best Evidence, which is the
9    video.
10   On or about April 7, 2008, I called the Clerks Office to see if the
11   defendant had filed an Answer to my complaint. Since I had not received one.
12   The Clerk informed me that the defendant had filed a Motion to Dismiss.
13   I will not waste this Courts time beyond this Notice to argue that I
14   didn't receive defendants Answer. I'am sure that the defendant can prove they
15   mailed it and the Court is bound to assume that I received it. I'll just point
16   out to the Court that if I received defendants Motion to Dismiss it wouldn't
17   be in my best interest not to have answered it in a timely manner.
18
19   Signed, *[signature]*
20   CLEOPHAS WHITE,
21   Plaintiff
22   IN PRO PER
23   Dated 4-9-08.
24
25
26
27
28                              WHITE V. WAL MART
                                        2