1  **Gregory L. Spallas, SBN 129306**
   **Shivani Sutaria, SBN 249942**
2  PHILLIPS, SPALLAS & ANGSTADT LLP
   650 California Street, Tenth Floor
3  San Francisco, California 94108
   Tel:   (415) 278-9400
4  Fax:   (415) 278-9411

5  Attorneys for Defendant
   WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CLEOPHAS WHITE. | ) Case No. CV 08-00843 JF |
|---|---|
| Plaintiff, | ) |
| v. | ) **DEFENDANT'S REPLY TO** |
|  | ) **PLAINTIFF'S EX PARTE MOTION** |
|  | ) **FOR PRESERVATION OF EVIDENCE** |
| WAL-MART STORES, INC. | ) |
| Defendant. | ) |

TO PLAINTIFF AND THIS HONORABLE COURT:

Defendant Wal-Mart Stores, Inc. files its reply to Plaintiff Cleophas White's Ex Parte Motion for Preservation of Evidence filed on February 15, 2008. Defendant is aware of its duty to preserve evidence that is relevant or reasonably calculated to lead to the discovery of admissible evidence. Defendant has preserved the video surveillance requested for preservation by Plaintiff and all other relevant documents, and will produce them upon receipt of a valid discovery request from Plaintiff.

1 | Dated: April 22, 2008

PHILLIPS, SPALLAS & ANGSTADT LLP

By: _____
Gregory L. Spallas
Shivani Sutaria
Attorneys for Defendant
Wal-Mart Stores, Inc.

-2-
**DEFENDANT'S REPLY TO PLAINTIFF'S EX PARTE MOTION FOR PRESERVATION OF EVIDENCE**
*U.S.D.C. – Northern District of California – Case No.* CV 08-00843 JF

**PROOF OF SERVICE BY MAIL**

**Cleophas White v. Wal-Mart Stores, Inc.**

**Court Case No.: 5:08-cv-00843-JF**

I, the undersigned, declare:

That I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within cause; that my business address is 650 California Street, Tenth Floor, San Francisco, California 94108.

That on April 22, 2008, I served the within:

1) **DEFENDANT'S REPLY TO PLAINTIFF'S EX PARTE MOTION FOR PRESERVATION OF EVIDENCE**

on the parties listed in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office addressed as set forth below in accordance with ordinary business practices for deposit with the United State Postal Service in San Francisco, California. I am readily familiar with my office business practice for collection and processing of correspondence for mailing and the within correspondence will be deposited with the United States Postal Service this date in the ordinary course of business.

Cleophas White
820 Willow Street, #148
San Jose, CA 95125
T: (916) 856-4360

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 22, 2008, at San Francisco, California.

Joseph Clark