Gregory L. Spallas, SBN 129306
**Shivani Sutaria, SBN 249942**
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, Tenth Floor
San Francisco, California 94108
Tel:   (415) 278-9400
Fax:   (415) 278-9411

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEOPHAS WHITE.<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.<br><br>Defendant. | Case No. CV 08-00843 JF<br><br>**DEFENDANT'S REQUEST FOR CONTINUANCE OF MAY 30, 2008 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>CMC:      MAY 30, 2008<br>TIME:     10:30 A.M.<br>CTRM 10:  JUDGE J. FOGEL |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that Defendant Wal-Mart Stores, Inc. requests that the court continue the Initial Case Management Conference currently set for May 30, 2008 at 10:30 a.m. This request is based on the fact that Defendant filed on March 19, 2008 a Motion to Dismiss Plaintiff's Complaint for insufficient service of process to a corporation. A hearing on that Motion is currently set for June 13, 2008 at 9:00 a.m. Defendant seeks the ruling to the Motion to Dismiss prior to attending the Initial Case Management Conference as it does not want to

waste the Court's time on a Conference that may not be necessary. For this reason Defendant requests a 45 day continuance for the Initial Case Management Conference.

Dated: April 22, 2008                    PHILLIPS, SPALLAS & ANGSTADT LLP

By: _____
Gregory L. Spallas
Shivani Sutaria
Attorneys for Defendant
Wal-Mart Stores, Inc.

[PROPOSED] ORDER

It is hereby ordered that the Initial Case Management Conference in this matter is continued to _____.

It is hereby ordered that the Joint Case Management Statement shall be due on _____.

By:_____
Judge Jeremy Fogel

## PROOF OF SERVICE BY MAIL

### Cleophas White v. Wal-Mart Stores, Inc.

### Court Case No.: 5:08-cv-00843-JF

I, the undersigned, declare:

That I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within cause; that my business address is 650 California Street, Tenth Floor, San Francisco, California 94108.

That on April 22, 2008, I served the within:

1) **DEFENDANT'S REQUEST FOR CONTINUANCE OF MAY 30, 2008 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the parties listed in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office addressed as set forth below in accordance with ordinary business practices for deposit with the United State Postal Service in San Francisco, California. I am readily familiar with my office business practice for collection and processing of correspondence for mailing and the within correspondence will be deposited with the United States Postal Service this date in the ordinary course of business.

Cleophas White
820 Willow Street, #148
San Jose, CA 95125
T: (916) 856-4360

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 22, 2008, at San Francisco, California.

Joseph Clark