signed
Original

1  CLEOPHAS WHITE

2  820 WILLOW ST #148
   SAN JOSE CA.  95125
3  916 856-4360

4

5  IN PRO PER

**FILED**

2008 MAY -2  A 8 32

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE, CALIFORNIA, SANTA CLARA COUNTY

| | |
|---|---|
| CLEOPHAS WHITE, PLAINTIFF. | CASE NUMBER C 08-00843 PVT JF |
| vs. | MOTION FOR DEFAULT JUDGEMENT |
| WAL MART STORES, INC. | HEARING: JUNE 6, 2008 |
| DEFENDANTS. | TIME: 9:00 a.m. |
| | JUSTICE: JUDGE JEREMY FOGEL |

NOTICE OF MOTION

Please take notice that Plaintiff Cleophas White moves the Court to enter a Default Judgement against defendant on the grounds that the defendant failed to Answer the Summons and Complaint.

WHITE VS. WAL MART

1



1  PLAINTIFF"S MOTION FOR DEFAULT JUDGEMENT MUST BE GRANTED ON THE
2  GROUNDS THAT THE DEFENDANT NEVER ANSWERED THE SUMMONS AND COMPLAINT
3  SERVED ON THEM. THE FACTS ARE AS FOLLOWS:
4
5      On or about Feb.7, 2008, I filed my Complaint against Wal Mart
6  Stores, Inc.( which shall be referred to as Wal Mart, hereafter).
7      On Feb. 28, 2008 a U.S. Marshall served Wal Mart with a Summon
8  and Complaint. Wal Mart had 30 days to answer the Complaint.
9      The evidence will show, Wal Mart didn't serve me a copy of
10 their Answer until April 18, 2008, well after the legal time period
11 to have Answered. Which  legally means Wal Mart failed to Answer.
12
13 Thus Plaintiff Prays the Court enter Default Judgement against the
14 Defendant in Plaintiff's favor. Granting everything requested in
15 Plaintiff's Complaint.
16
17 SIGNED, *[signature]*
18 CLEOPHAS WHITE,
19 PLAINTIFF, IN PRO PER
20
21 DATED 4-26-08.
22
23
24
25
26
27
28
                          WHITE VS. WAL MART
                                 2