UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEOPHAS WHITE,            )<br>            Plaintiff,            )<br>     v.            )<br>            )<br>WAL-MART STORES, INC.,            )<br>            )<br>            Defendant.            )<br>_____ ) | Case No.: C 08-000843 JF (PVT)<br><br>**ORDER RE PLAINTIFF'S EX PARTE MOTION FOR PRESERVATION OF EVIDENCE** |

On February 15, 2008, plaintiff Cleophas White filed an *ex parte* motion for preservation of video taped evidence in Defendant's possession. Pursuant to an order entered on April 14, 2008, defendant Wal-Mart Stores, Inc. filed a reply. In its reply, defendant Wal-Mart acknowledges its duty to preserve evidence that is relevant or reasonably calculated to lead to the discovery of admissible evidence and states that it has preserved the video surveillance evidence that plaintiff has sought to have preserved. Defendant further states that the evidence will be produced upon receipt

1  of a discovery request. The court notes that plaintiff White may request the discovery shortly.

2  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion is denied as moot.[1]

3  Dated:  *May 5, 2008*

*Patricia V. Trumbull*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 2*

1 | Copies of order mailed on May 5, 2008 to the following:

Cleophas White
820 Willow Street, #148
San Jose, CA 95125

\_\_\_\_EHP_____
Chambers of Magistrate Judge
Patricia V. Trumbull