1    CLEOPHAS WHITE

2

3    916 856-4360

4

5    IN PRO PER            UNITED STATES DISTRICT COURT
                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

6                       SAN JOSE, CALIFORNIA, SANTA CLARA COUNTY

7

8    CLEOPHAS WHITE,           )   CASE NUMBER CV08-00843 JF
        PLAINTIFF.             )
9                              )   CAUSE OF ACTION
                               )   MOTION TO COMPEL DEFENDANT
10        vs.                  )   TO ANSWER INTERROGATORY QUESTIONS
                               )
11   WAL MART STORES, INC.     )
                               )AND  SANCTIONS  FOR FAILURE TO ANSWER
       DEFENDANTS.             )
12                             )   HEARING: JUNE 10,2008
                               )   TIME:   10:00 a.m.
13                                 JUSTICE: JUDGE TRUMBULL

14   On or about Feb. 7,2008, I filed my Complaint against Wal Mart

15   Stores, Inc. (which shall be referred to as Wal Mart, hereafter).

16      On Feb. 28,2008, a U.S. Marshall served Wal Mart  with  a

17   Summons and Complaint.    On March 18, 2008, the evidence will

18   show  I  served  Wal Mart  with  Plaintiff's  First  Set  of

19   Interrogatories.

20      Todays date is May 2, 2008, the defendant has never sent the

21   Answers to those Interrogatories.

22

23

24

25

26

27

28

THEREFORE, Plaintiff, Prays the Court to Order the Defendant to turn over the Answers to those Interrogatory Questions immediately. I also request the Court award me Sanctions. The evidence will show the Defendant withheld the Interrogatory Answers on purpose.

SIGNED

CLEOPHAS WHITE,

IN PRO PER

DATED 5-2-08.

Cleophas White
1400-A-ST #51
Sacramento, Ca. 95811
(916) 856-4360

CASE: WHITE V. WAL MART STORES INC.
CASE NUMBER: C08-00843 PVT JF

Dear Clerk;
Please file my Motion to Compel Defendant to
Answer Interrogatory Questions and Sanctions
for Failure to Answer. And Set for Hearing.
Also please Record my new address.

Thank You!
Signed, Cleophas White
CLEOPHAS WHITE
Plaintiff
In Pro Per.