CLEOPHAS WHITE
1400-A- St. #51
Sacramento, California 95811
(916) 856-4360

CASE NUMBER C08--00843 PVT JF     *Case Name: White v. Wal Mart Stores, Inc.*

Copies to the Court and to Defendant.

Listed above is Plaintiff's new Mailing Address, please send all future mai
and Documents to the address listed above.
Thank You!!

SIGNED, *[signature]*
CLEOPHAS WHITE, IN PRO PER
DATE 5-2-08.

*[RECEIVED stamp: 2008 MAY -8 PM 4:1 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NO. DIST. OF CA. S.J.]*

1400-A-Rt. #51
Sacramento, Ca. 95125

Office Of the Clerk, U.S. District Court
Northern District of California
280-South First Street, Room 2112
San Jose, Ca. 95113-3095

[Postmark: SACRAMENTO CA 957, PM MAY 5 2008]
[USA First-Class Forever stamps x2]