Gregory L. Spallas, SBN 129306
Shivani Sutaria, SBN 249942
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, Tenth Floor
San Francisco, California 94108
Tel:   (415) 278-9400
Fax:  (415) 278-9411

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEOPHAS WHITE. <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC. <br><br> Defendant. | Case No. CV 08-00843 JF <br><br> **DECLARATION OF SHIVANI SUTARIA IN SUPPORT OF DEFENDANT WAL-MART STORES, INC.'S OPPOSITION TO PLAINTIFF'S DEFAULT JUDGMENT** <br><br> Date: June 6, 2008 <br> Time: 9:00 a.m. <br> Courtroom: 3 <br> Judge: Honorable Jeremy Fogel |

I, Shivani Sutaria declare as follows:

1.  I am an attorney licensed to practice law in the State of California and am an associate attorney with Phillips, Spallas & Angstadt LLP, attorneys of record herein for defendant Wal-Mart Stores, Inc. ("Wal-Mart") in the above-captioned case.

2.  I have personal knowledge of the matters set forth herein, and if called upon as a witness I could competently testify thereto except to those matters based on information and belief, of which I am informed and believe to be true.

3.  On April 28, 2008 by U.S. Mail, I received Plaintiff's Motion for Default Judgment [Exhibit A] and Plaintiff's proof of service [Exhibit B].

4.  On March 6, 2008, I interviewed Wal-Mart Pharmacist Dana Chau, who is the Wal-Mart associate who received Plaintiff's summons and complaint. Ms. Chau informed me that on February 28, 2008, she was working as a Pharmacist at Wal-Mart store #5435 in San Jose, California.

- 1 -

She was standing at the counter when she was approached by a man. He identified himself as being from the court, showed her his badge, and gave her his business card, which indicated he was Deputy U.S. Marshall Tim Shobar. Ms. Chau informed me that U.S. Marshall Shobar handed her court documents. He did not ask for a manager or supervisor or for Ms. Chau's name or position.

5.   Ms. Chau informed me that she is an hourly store employee of Wal-Mart. She is not a Wal-Mart officer, executive or member of management. She is not authorized by appointment or law to receive service of process for Wal-Mart. Ms. Chau informed me that her position as a Pharmacist does not provide her with authority within the overall Wal-Mart organization to receive service of process. Ms. Chau informed me that she has not previously been served with court documents while working as a Pharmacist for Wal-Mart. She has never been trained on the protocols to follow if served with court documents. Ms. Chau informed me that she does not interact with the Store Manager of #5435 or Wal-Mart management above the store level on a regular basis. She does not interact with Wal-Mart executives located at its principal place of business in Arkansas. Ms. Chau informed me that she is not integrated within Wal-Mart in a manner that made her aware of the protocols to follow upon being served with court papers.

6.   I am informed that Gregory L. Spallas of Phillips Spallas & Angstadt LLP filed with the court through ECF a Motion to Dismiss under FRCP 12(b)(5) for improper service of process on March 19, 2008.

7.   I am informed that Gregory L. Spallas of Phillips Spallas & Angstadt LLP filed with the court through ECF a Declination to Proceed before a U.S. Magistrate Judge on March 21, 2008.

8.   I filed with the court through ECF a Reply to Plaintiff's Ex Parte Motion for Preservation of Evidence on April 22, 2088.

9.   I filed with the court through ECF a Motion to Continue the Initial Case Management Conference on April 22, 2008.

10.   I mistakenly believed Plaintiff was registered with ECF and was being e-served all documents Gregory L. Spallas or I were filing with the court through ECF.

11.   I realized on April 18, 2008 Plaintiff was not registered with ECF and was not being e-served documents Gregory L. Spallas or I were filing with the court through ECF. Upon this

1  realization, I served on Plaintiff on April 18, 2008 through U.S. Mail all documents Wal-Mart filed
2  with the court through ECF. Accordingly, I am informed and believe that plaintiff had notice by April
3  21, 2008 of Wal-Mart's appearance in this matter on March 19, 2008.
4      I declare under penalty of perjury under the laws of the State of California and the United
5  States that the foregoing is true and correct.
6      Executed on May 13, 2008 at San Francisco, California.

        *[signature]*
        Shivani Sutaria

# Exhibit A

CLEOPHAS WHITE
820 WILLOW ST #148
SAN JOSE CA. 95125
916 856-4360

IN PRO PER

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE, CALIFORNIA, SANTA CLARA COUNTY

CLEOPHAS WHITE,
PLAINTIFF,

vs.

WAL MART STORES, INC.

DEFENDANTS.

CASE NUMBER C 08-00843 PVT JF
MOTION FOR DEFAULT JUDGEMENT
HEARING: JUNE 6, 2008
TIME: 9:00 a.m.
JUSTICE: JUDGE JEREMY FOGEL

NOTICE OF MOTION

Please take notice that Plaintiff Cleophas White moves the Court to enter a Default Judgement against defendant on the grounds that the defendant failed to Answer the Summons and Complaint.

WHITE VS. WAL MART

1

1 PLAINTIFF"S MOTION FOR DEFAULT JUDGEMENT MUST BE GRANTED ON THE
2 GROUNDS THAT THE DEFENDANT NEVER ANSWERED THE SUMMONS AND COMPLAINT
3 SERVED ON THEM. THE FACTS ARE AS FOLLOWS:
4
5    On or about Feb.7, 2008, I filed my Complaint against Wal Mart
6 Stores, Inc.( which shall be referred to as Wal Mart, hereafter).
7    On Feb. 28, 2008 a U.S. Marshall served Wal Mart with a Summon
8 and Complaint. Wal Mart had 30 days to answer the Complaint.
9    The evidence will show, Wal Mart didn't serve me a copy of
10 their Answer until April 18, 2008, well after the legal time period
11 to have Answered. Which legally means Wal Mart failed to Answer.
12
13 Thus Plaintiff Prays the Court enter Default Judgement against the
14 Defendant in Plaintiff's favor. Granting everything requested in
15 Plaintiff's Complaint.
16
17 SIGNED, *[signature]*
18 CLEOPHAS WHITE,
19 PLAINTIFF, IN PRO PER
20
21 DATED 4-26-08.
22
23
24
25
26
27
28
                         WHITE VS. WAL MART
                                2

# Exhibit B

1. PROOF OF SERVICE

At the time of the service I was at least 18 years of age and not a party to this action, and I served copies of Claimants. *Motion For Default Judgement; on Defendant*

2. Party or Person served. *Wal Mart Stores, Inc - attorney for Defendant: M. Gregory L. Spallas*

3. By Delivery: *U.S. Mail*

a. Date *4-28-08*

b. Time *11:00 AM*

c. Address *650 - California St, ~~Tenth Flor~~ San Francisco, Ca. 94108*

4. Person serving: *MAT LEW*

Not a registered California process server.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Signature of server.