1  Gregory L. Spallas, SBN 129306
   Shivani Sutaria, SBN 249942
2  PHILLIPS, SPALLAS & ANGSTADT LLP
   650 California Street, Tenth Floor
3  San Francisco, California 94108
   Tel:   (415) 278-9400
4  Fax:   (415) 278-9411

5  Attorneys for Defendant
   WAL-MART STORES, INC.

6

7               UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9

10 CLEOPHAS WHITE.                    Case No. CV 08-00843 JF

11         Plaintiff,                 [PROPOSED] ORDER DENYING
                                      PLAINTIFF'S MOTION FOR DEFAULT
12 v.                                 JUDGMENT

13 WAL-MART STORES, INC.              Date:  June 6, 2008
                                      Time:  9:00 a.m.
14         Defendant.                 Courtroom:  3
                                      Judge: Honorable Jeremy Fogel
15

16

17       The hearing on Plaintiff's Motion for Default Judgment came on for hearing in Courtroom 3 of

18 the United States District Court, Northern District of California on June 6, 2008. Plaintiff Cleophas

19 White appeared in pro per. Shivani Sutaria of Phillips, Spallas & Angstadt, LLP appeared on behalf

20 of Defendant Wal-Mart Stores, Inc.

21       Having considered the oral arguments of the parties, the pleadings on file, and GOOD CAUSE

22 APPEARING, Plaintiff's Motion for Default Judgment is DENIED.

23

24 IT IS SO ORDERED.

25

26 DATED: _____          _____
                                   Honorable Jeremy Fogel
27                                 Judge of the Northern District of California

28