Gregory L. Spallas, SBN 129306
Shivani Sutaria, SBN 249942
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, Tenth Floor
San Francisco, California 94108
Tel:   (415) 278-9400
Fax:   (415) 278-9411

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEOPHAS WHITE.<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.<br><br>　　　　Defendant. | Case No. CV 08-00843 JF PVT<br><br>**DECLARATION OF SHIVANI SUTARIA IN SUPPORT OF DEFENDANT WAL-MART STORES, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO ANSWER INTERROGATORIES AND SANCTIONS FOR FAILURE TO ANSWER INTERROGATORIES**<br><br>Date:　June 10, 2008<br>Time:　10:00 a.m.<br>Courtroom:　5<br>Judge: Honorable Patricia Trumbull |

I, Shivani Sutaria declare as follows:

　　　1.　　I am an attorney licensed to practice law in the State of California and am an associate attorney with Phillips, Spallas & Angstadt LLP, attorneys of record herein for defendant Wal-Mart Stores, Inc. ("Wal-Mart") in the above-captioned case.

　　　2.　　I have personal knowledge of the matters set forth herein, and if called upon as a witness I could competently testify thereto except to those matters based on information and belief, of which I am informed and believe to be true.

　　　3.　　On May 5, 2008 by U.S. Mail, I received Plaintiff's Motion to Compel Defendant to Answer Interrogatories and Sanctions for Failure to Answer Interrogatories ("Motion").  [attached hereto as **Exhibit A**].

4. I am informed that the Initial Case Management Conference for this action is set for June 13, 2008 at 9:00 a.m. before Judge Jeremy Fogel. I am informed that the last day to file a Joint Case Management Statement is June 3, 2008. I am informed that the last day to meet and confer on initial disclosures, the discovery plan and ADR is two weeks prior to June 3, 2008, which is May 20, 2008.

5. I have not yet met and conferred with Plaintiff under Rule 26(f) on "the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan that indicates the parties' views and proposals.."

6. I have not stipulated with Plaintiff to early discovery.

7. I am not aware of the court authorizing early discovery.

8. I was not served with Plaintiff's interrogatories on March 18, 2008 nor on any other date and am unaware of defendant being served with such discovery responses by plaintiff.

9. I learned about Plaintiff's interrogatories for the first time upon receipt of this Motion.

10. I am not aware of Plaintiff filing a certification with his Motion to Compel that states he conferred or attempted to confer with Defendant in good faith in an effort to obtain discovery responses without court action.

11. I have not met and conferred with Plaintiff regarding his interrogatory request prior to filing the Motion to Compel nor am I aware of Plaintiff attempting to met and confer with Defendant prior to filing this Motion.

12. I am have never spoken with or received a letter from Plaintiff about his interrogatory request, Defendant's alleged unresponsiveness, and/or his intention to file a Motion to Compel.

13. The following expenditures have been and shall be incurred by Defendant in its Opposition to Plaintiff's Motion to Compel and Request for Sanctions:

- Draft Memorandum of Points and Authorities in Support of Opposition to Plaintiff's Motion to Compel, Declaration of Shivani Sutaria    [3.5 hrs]
- [Anticipated expenditure] Attend and argue Hearing    [1.5 hrs]

At our regular hourly rate of $190.00, Defendant will incur expenses in excess of $950.00 (5 hours x $190.00).

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on May 16, 2008 at San Francisco, California.

_____
Shivani Sutaria

# Exhibit A

1  CLEOPHAS WHITE

2

3  916 856-4360

4

5  IN PRO PER

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

6  SAN JOSE, CALIFORNIA, SANTA CLARA COUNTY

7

8  CLEOPHAS WHITE,  ) CASE NUMBER CV08-00843 JF
   PLAINTIFF,       )
9                   ) CAUSE OF ACTION
                    ) MOTION TO COMPEL DEFENDANT
10      VS.         ) TO ANSWER INTERROGATORY QUESTIONS
   WAL MART STORES, INC.  )
11                  ) AND SANCTIONS FOR FAILURE TO ANSWER
   DEFENDANTS.      )
12                  ) HEARING: JUNE 10, 2008
                    ) TIME: 10:00 a.m.
13                    JUSTICE: JUDGE TRUMBULL

14  On or about Feb. 7, 2008, I filed my Complaint against Wal Mart
15  Stores, Inc. (which shall be referred to as Wal Mart, hereafter).
16      On Feb. 28, 2008, a U.S. Marshall served Wal Mart with a
17  Summons and Complaint. On March 18, 2008, the evidence will
18  show I served Wal Mart with Plaintiff's First Set of
19  Interrogatories.
20      Todays date is May 2, 2008, the defendant has never sent the
21  Answers to those Interrogatories.

22

23

24

25

26

27

28

THEREFORE, Plaintiff, Prays the Court to Order the Defendant to turn over the Answers to those Interrogatory Questions immediately. I also request the Court award me Sanctions. The evidence will show the Defendant withheld the Interrogatory Answers on purpose.

SIGNED *[signature]*

CLEOPHAS WHITE,

IN PRO PER

DATED 5-2-08.

## PROOF OF SERVICE BY MAIL

### Cleophas White v. Wal-Mart Stores, Inc.

### Court Case No.: 5:08-cv-00843-JF

I, the undersigned, declare:

That I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within cause; that my business address is 650 California Street, Tenth Floor, San Francisco, California 94108.

That on May 16, 2008, I served the within:

1) [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AND REQUEST FOR SANCTIONS AND AWARD OF SANCTIONS AGAINST PLAINTIFF

2) DECLARATION OF SHIVANI SUTARIA IN SUPPORT OF DEFENDANT WAL-MART STORES, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO ANSWER INTERROGATORIES AND SANCTIONS FOR FAILURE TO ANSWER INTERROGATORIES

3) DEFENDANT WAL-MART STORES, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO ANSWER INTERROGATORIES AND SANCTIONS FOR FAILURE TO ANSWER INTERROGATORIES

on the parties listed in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office addressed as set forth below in accordance with ordinary business practices for deposit with the United State Postal Service in San Francisco, California. I am readily familiar with my office business practice for collection and processing of correspondence for mailing and the within correspondence will be deposited with the United States Postal Service this date in the ordinary course of business.

Cleophas White
1400 "A" Street #51
Sacramento, CA 95811
T: (916) 856-4360

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 16, 2008, at San Francisco, California.

*/s/ Joseph Clark*
Joseph Clark