Gregory L. Spallas, SBN 129306
Shivani Sutaria, SBN 249942
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, Tenth Floor
San Francisco, California 94108
Tel:   (415) 278-9400
Fax:   (415) 278-9411

Attorneys for Defendant
WAL-MART STORES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEOPHAS WHITE.<br><br>         Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.<br><br>         Defendant. | Case No. CV 08-00843 JF PVT<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AND REQUEST FOR SANCTIONS AND AWARD OF SANCTIONS AGAINST PLAINTIFF<br><br>Date:  June 10, 2008<br>Time:  10:00 a.m.<br>Courtroom:  5<br>Judge: Honorable Patricia Trumbull |

The hearing on Plaintiff's Motion to Compel Defendant to Answer Interrogatories and Request for Sanctions came on for hearing in Courtroom 5 of the United States District Court, Northern District of California on June 10, 2008 before Judge Trumbull. Plaintiff Cleophas White appeared in pro per. Shivani Sutaria of Phillips, Spallas & Angstadt, LLP appeared on behalf of Defendant Wal-Mart Stores, Inc. After consideration of the moving and opposition papers filed, arguments having been heard, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. Plaintiff's Motion to Compel and Request for Sanctions is DENIED;

2. Defendant's Recovery of Reasonable Expenses in the Amount of $950.00 Incurred in Opposing Plaintiff's Motion to Compel and Request for Sanctions, is hereby GRANTED.

DATED: _____         _____
                                Honorable Patricia Trumbull
                                Judge of the Northern District of California