UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cleophas White

                Plaintiff(s),

Case No. CV 08-00843 JF

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      v.

Wal-Mart Stores, Inc.

                Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 19, 2008

Dated: May 19, 2008

Counsel on behalf of Wal-Mart
[Party]

[Counsel] for Defendant
Wal-Mart Stores, Inc.