UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cleophas White

CASE NO. CV 08-00843 JF

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Wal-Mart Stores, Inc.

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference June 13, 2008 at 9:00 a.m

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Gregory L. Spallas | Wal-Mart Stores, Inc. | 415/278-9400 | gspallas@psalaw.net |
| Shivani Sutaria (if Mr. Spallas is not available) | Wal-Mart Stores, Inc. | 415/278-9400 | ssutaria@psalaw.net |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

_____
Attorney for Plaintiff

Dated: May 19, 2008

_____
Attorney for Defendant

Rev 12.05