**\*\*E-filed 5/21/08\*\***

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **CLEOPHAS WHITE,** | No. C-08-843-JF |
| Plaintiff, | |
| v. | Clerks's Notice |
| **WAL-MART STORES,** | |
| Defendant. | |

To: All Counsel and Parties in the above named action.

Judge Fogel is not available for Court hearings on June 6, 2008. The Court has rescheduled the Motion for Default currently noticed for June 6th. The new hearing date is Friday, June 13, 2008 at 9:00 AM.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 5/21/08                          For the Court,
                                        Richard W. Wieking, Clerk

                                        Diana Munz
                                        electronic signature
                                        Courtroom Deputy