CLEOPHAS WHITE
1400 A St. #B-51
SACRAMENTO, CA. 95811

916 856-4360

IN PRO PER

**FILED**

JUN - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE, CALIFORNIA, SANTA CLARA COUNTY

CLEOPHAS WHITE,
  PLAINTIFF.

  vs.

WAL MART STORES, INC.

  DEFENDANTS.

)
)
)
)
)
)
)
)
)
)

PLAINTIFF'S
CASE MANAGEMENT STATEMENT
CASE NUMBER C 08-00843 PVT JF

HEARING: JUNE 13, 2008
TIME:    9;00 a.m.
JUSTICE: JUDGE JEREMY FOGEL

WHITE VS. WAL MART

1

1  PLAINTIFF"S CASE MANAGEMENT STATEMENT

2

3  1. JURISDICTION AND SERVICE:

4     The alleged incident between the parties took place in San Jose

5  California.It involved violations of my Civil Rights. Civil Rights violation

6  fall under the Jurisdiction of this Court.

7

8  2. FACTS:

9     The defendant refused to serve me in their Store for no reason.

10

11 3. LEGAL ISSUES:

12    CIVIL RIGHTS VIOLATIONS AND FRAUD.

13

14 4. MOTIONS

15    See        Exhibit B attached.

16

17 5. AMENDMENT OF PLEADING:

18    This Case is becoming a Class Action Lawsuit Other Parties will be added

19

20 6. EVIDENCE PRESERVATION:

21    The evidence in this Case are videos,tapes,recorded voices, and

22 transcripts in the defendants possession.And they've promised the Court that

23 they wouldn't destroy that evidence.Other evidence will be witness testimony.

24

25 7. DISCLOSURES:

26    Plaintiff has asked for the names of the employees working in the

27 Pharmacy at the time of the incident defendant has refused to supply them.

28                              WHITE VS. WAL MART

1  8. DISCOVERY:

2    On 3-18-08, I sent the defendant the First Set of Interrogatories. The
3  have refused to answer them.

4

5  9. CLASS ACTION:

6    I have discovered other people who allege that Wal Mart discriminate
7  against them. I expect this to become a Class Action Lawsuit.

8

9  10. Related Cases:

10    See Exhibit C attached.

11

12  11. RELIEF:

13    $200,000.

14

15  12. SETTLEMENT AND ADR:

16    No prospects for Settlement. Plaintiff will not enter ADR Program wit
17  defendant. Defendant would view ADR Program as another way to stall thi
18  Case. Example : When I made a Settlement Offer they told me they would ge
19  back to me in about 30 days.

20    When I sent them Interrogatory Questions they failed to sent bac
21  Answers. If the defendant is willing to have one Judge, defendant and mysel
22  negotiate a binding settlement in a few hours. I'll agree. But I will no
23  agree to any Process that would allow the defendant to continue thei
24  stalling tactics.

25

26  13. CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES:

27    Plaintiff has no objection to a Magistrate Judge hearing this case

28                    WHITE VS. WAL MART
                          3

1   14. Other References:

2       See Answer 12 for details.

3

4   15. NARROWING THE ISSUES:

5   The issues are simple, no need to bifurcate.

6

7   16. EXPEDITED SCHEDULE:

8       This Case must be put on a Fast track to Trial. Defendant Stalling Must be
9   Stopped.

10

11  17. SCHEDULING:

12                                      Subpoena's will be served on the
13  defendant through the Clerks Office for all documents requested but not
14  turned over during discovery (so that the Court will have a record of the
15  demands). Discovery will remain open until I receive the requested documents.

16

17  18. TRIAL:

18      Case will be tried to the Court.

19

20  19.

21  DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS:

22      Names of other Parties to be added are not know to plaintiff at this
23  time. Will be disclosed when available.

24

25  20.    NO ADR. If the defendant wants to settle this Case fine, if not, lets
26  set a trial date immediately.

27  SIGNED, cleophas white  *[signature]*                                DATED  5-23-08

28                           WHITE VS. WAL MART

                                      4

| | | | |
|---|---|---|---|
| 02/07/2008 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Cleophas White. (bw, COURT STAFF) (Filed on 2/7/2008) (Entered: 02/07/2008) | GRANTED 2-11-08 |
| 03/19/2008 | 7 | MOTION to Dismiss filed by Wal-Mart Stores, Inc.. Motion Hearing set for 4/29/2008 10:00 AM in Courtroom #5, 4th Floor, San Jose. (Spallas, Gregory) (Filed on 3/19/2008) (Entered: 03/19/2008) | HEARING DATE 6-13-08 |
| 04/14/2008 | 15 | ORDER RE PLAINTIFF'S EX PARTE MOTION FOR PRESERVATION OF EVIDENCE. Signed by Judge Patricia V. Trumbull on April 14, 2008. (pvtlc2, COURT STAFF) (Filed on 4/14/2008) (Entered: 04/14/2008) | DENIED |
| 04/22/2008 | 18 | MOTION to Continue *Case Management Conference and Proposed Order* filed by Wal-Mart Stores, Inc.. Case Management Conference set for 5/30/2008 10:30 AM. (Sutaria, Shivani) (Filed on 4/22/2008) Modified on 4/25/2008 (dlm, COURT STAFF). (Entered: 04/22/2008) | |
| 04/25/2008 | 19 | ORDER GRANTING re 18 MOTION to Continue *Case Management Conference. Case Management Conference* set for 6/13/2008 at 09:00 AM. Signed by Judge Jeremy Fogel on 4/24/08. (dlm, COURT STAFF) (Filed on 4/25/2008) (Entered: 04/25/2008) | GRANTED NEW DATE 6-13-08 |
| 05/02/2008 | 20 | MOTION for Default Judgment as to filed by Cleophas White. Motion Hearing set for 6/6/2008 09:00 AM in Courtroom 3, 5th Floor, San Jose. (gm, COURT STAFF) (Filed on 5/2/2008) (Entered: 05/02/2008) | HEARING DATE 6-13-08 |

PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO ANSWER INTERROGATORIES AND SANCTIONS FOR FAILURE TO ANSWER INTERROGATORIES
HEARING DATE: JUNE 10, 2008
TIME: 10:00 AM

EXHIBIT-B

10. In 2005, 10 shoppers filed a discrimination lawsuit against Wal Mart in Boston, Mass.

In 2001 woman files case against Wal Mart for Discrimination (see Dukes v. Wal Mart)

In 2004 the Equal Employment Opportunity Commission filed a case against Wal Mart for Discrimination against Steven J. Bradley Jr.

POSSESSION

11. continued:
Arizona Attorney General files lawsuit against Wal Mart for Fraud.

George Hartwig Kndles v. Wal Mart a class action lawsuit covering 75,000 employees

Orlando Fla. Department of Justice v. Wal Mart Stores for Violating the Uniformed Services Employment and Reemployment Act.

WHITE V. WAL MART

From: Cleophas White
To: Ms Diana Muny

RECEIVED
JUN -3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Dear Ms Muny,

Enclosed please find 3 copies of Plaintiffs Case Management Statement, along with 3 copies of my Memorandum of Point in Support of.

Please file them for me and send one copy to the defendant in the address stamped envelope enclosed.

Thank You!!
Signed,
[signature]
CLEOPHAS WHITE
Plaintiff
In Pro Per.

Re To: Christopher White
1400-A-St #B-51
Sacramento, Ca. 95811

Honorable Judge Jeremy Fogel
U.S. District Court, Northern District Calif.
280-South First Street
San Jose, California 95113-3095

Attn: Judge Jeremy Fogel; Clerk


