UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEOPHAS WHITE,  ) | Case No.: C 08-000843 JF (PVT) |
|          Plaintiff,  ) | |
|   v.  ) | **ORDER DENYING DEFENDANT WAL-MART STORES, INC.'S REQUESTS RE PLAINTIFF'S MOTION TO COMPEL** |
| WAL-MART STORES, INC.,  ) | |
|          Defendant.  ) | |
| _____ ) | |

On May 8, 2008, plaintiff Cleophas White filed a motion to compel further discovery responses from defendant Wal-Mart Stores, Inc. ("Wal-Mart"). Defendant Wal-Mart opposes the motion and has requested that the court take the matter under submission (without oral arguments) or alternatively, to continue the hearing until after its motion to dismiss is heard before U.S. District Judge Jeremy Fogel on June 13, 2008. Having reviewed the papers and considered the arguments of plaintiff White and counsel for the defendant, defendant Wal-Mart's requests are denied. The

1  hearing on plaintiff's motion to compel shall proceed as scheduled on June 10, 2008 at 10AM.[1]

2      IT IS SO ORDERED.

3  Dated: *June 4, 2008*

4  *Patricia V. Trumbull*

5  PATRICIA V. TRUMBULL
   United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 2*

1 | Copies of order mailed on June 4, 2008 to the following:

Cleophas White
1400 A Street, #51
Sacramento, CA 95811

____EHP_____
Chambers of Magistrate Judge
Patricia V. Trumbull

ORDER, *page 3*