*1st Judge Trumball*

**FILED**

CLEOPHAS WHITE
1400 A St. #B-51
SACRAMENTO, CA. 95811

2008 JUN -4  A 11: 49

916 856-4360

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN PRO PER

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE, CALIFORNIA, SANTA CLARA COUNTY

COPY OF INTERROGATORIES AND PROOF OF
SERVICE THEY WERE SENT TO DEFENDANT

| | |
|---|---|
| CLEOPHAS WHITE, PLAINTIFF. | CASE NUMBER C 08-00843 PVT JF |
| vs. | HEARING: JUNE 10, 2008 |
| WAL MART STORES, INC. | TIME: 10:00AM |
| DEFENDANTS. | JUSTICE: HONORABLE JUDGE PATRICIA TRUMBULL |

*[handwritten notation: C/PVT with strikethrough]*

WHITE VS. WAL MART

1

*Judge Trumbull* (handwritten annotation)

```
1   CLEOPHAS WHITE
      1400 A St. #B-51
2     SACRAMENTO, CA. 95811

3     916 856-4360

4

5   IN PRO PER        UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                 SAN JOSE, CALIFORNIA, SANTA CLARA COUNTY

7                                 MEMORANDUM OF POINTS IN SUPPORTS OF
                                  PLAINTIFF'S CASE MANAGEMENT STATEMENT
8   CLEOPHAS WHITE,                CASE NUMBER C 08-00843 PVT JF
      PLAINTIFF.          )
9                         )
                          )
10       vs.              )   HEARING: JUNE 13, 2008
                          )   TIME:    9;00 a.m.
11  WAL MART STORES, INC. )   JUSTICE: JUDGE JEREMY FOGEL
                          )
12     DEFENDANTS.        )
                          )
```

WHITE VS. WAL MART

1

1  THE DEFENDANT'S ONLY HOPE OF WINNING THIS CASE IS IF THEY CAN SOMEHOW KE]
2  THIS COURT FROM SEEING THE VIDEO TAPE, HEARING THE AUDIO, AND SEEING
3  THE TRANSCRIPT OF THE INCIDENT. BECAUSE IN THOSE INTERROGATORY
4  QUESTIONS I ASKED FOR THE VIDEO TAPE, WHICH THEY HAD TOLD JUDGE
5  TRUMBELL THEY WOULD GLADLY GIVE ME IF I ASKED THEM FOR IT.

6  Please be advised that in Defendant's Opposition to Plaintiffs
7  Motion to Compel Defendant to Answer Interrogatories Dated May
8  16,2008. And filed with this Court.  The defendant claims never to
9  have received a copy of any Interrogatories from Plaintiff.(see para
10 3 page 4 of defendants Memorandum of Points and Authorities in
11 Opposition to Plaintiff's Motion to Compel interrogatory Answers).
12 Even though they were mailed to the defendants store, to the correct
13 address, to the attention of the Store Manager.

14 Enclosed please find a copy of those Interrogatories, along with
15 the Proof of Service. They were mailed to the Defendant  3-18-08.
16 Clearly the defendant is not being truthful with the Court. (see EXHIBIT-D-D-1 attached)

17 THE ISSUE BEFORE THIS COURT IS NOT WHETHER THE DEFENDANT HAD A
18 LEGAL OBLIGATION TO ANSWER THE INTERROGATORY QUESTIONS, THE ISSUES IS
19 THAT THE DEFENDANT LIED TO THE COURT WHEN THEY CLAIMED TO HAVE NEVER
20 RECEIVED THE INTERROGATORY QUESTIONS.

21 WHY? Because the defendants whole defense revolves around keeping
22 this Court from seeing that evidence.

23 We request that if the Court Rules that the Service of Process
24 was Fatally Flawed.; Then the penalty should be to have the
25 defendant's Agent for Service of Process  served. Otherwise, the
26 defendant gets away with their crime.

Signed, Cleophas White
CLEOPHAS WHITE
IN PROPER
DATED 5-28-08

27
28           white vs. wal mart
                    2

CLEOPHAS WHITE
820 WILLOW ST #148
SAN JOSE, CA.95125
916 856-4360

CASE: CLEOPHAS WHITE VS. WAL MART STORES, INC.
CASE NUMBER:C0800843

PLAINTIFF'S FIRST SET OF INTERROGATORIES

QUESTION 1: Does Wal Mart Stores have the Video Tape of the incident showing me in your Pharmacy Department talking with your employees who were behind the Counter, at your Story Road Store, in San Jose, California, on 12-6-07 between 9:00a.m. and 12:00p.m ?.

QUESTION 2: What are the names of the Employees that I spoke with in the Pharmacy on 12-6-07?

QUESTION 3: Will you please voluntarily send me Copies of all Videos showing me in your Story Rd. Store in San Jose,California on 12-6-07 ?

QUESTION 4: Do you have Audio and Transcripts of the incident mentioned in question #3 ?

QUESTION 5: Will you voluntarily send me copies of any and all Audio and Transcripts of the incident mentioned in question #3 ?

QUESTION 6: Is Wal Mart prepared to apologize for the incident that took place on 12-6-07 (without admitting guilt), and pay a small amount for the Causes of Action in this Law Suit?

QUESTION 7: Do you have the Video of the Pharmacy Area for the hours of 12:00p.m until closings on 12-6-07 ?

SIGNED, *[signature]*

CLEOPHAS WHITE
PLAINTIFF

DATED 3-18-08.

MAILED 3-18-08

CLEOPHAS WHITE
820 WILLOW ST #148
SAN JOSE, CA. 95125
916 856-4360

CASE: CLEOPHAS WHITE VS. WAL MART STORES, INC.
CASE NUMBER: C0800843

1. At the time of the service I was at least 18 years of age and not party to this action, and I served copies of Claimants. *First set of Interrogatories*

2. Party or Person served. *Wal Mart Stores, Inc. - attn: Store Manager*
   *777- Story Rd.*
   *San Jose, CA. 95122*

3. By Delivery:
   a. Date *3-18-08*
   b. Time *10:00 AM*
   c. Address *San Jose, Ca.*

4. Person serving: *MARK DAVIS*
Not a registered California process server.

I declare under penalty of perjury under the laws of the State of Californi that the foregoing is true and correct.

Date: *3-18-08*

Signature of server. *Mark Davis*



From: Leopoldo White
1400-A-X#B-51
Sacramento, Ca. 95811

Honorable Judge Patricia=Trumbull
U.S. District Court, Northern District of Cal,
280-South First Street,
San Jose, California
95113-3095

Attn: Judge Trumbull's Clerk