1

2

3

4

5

6

7

8

9        UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA

11        SAN JOSE DIVISION

12

13    CLEOPHAS WHITE,                    )        Case No.: C 08-000843 JF (PVT)
                                         )
14                  Plaintiff,           )
                                         )
15         v.                            )        **ORDER DENYING PLAINTIFF**
                                         )        **CLEOPHAS WHITE'S REQUEST TO**
16    WAL-MART STORES, INC.,             )        **APPEAR TELEPHONICALLY**
                                         )
17                                       )
                    Defendant.           )
18    _____)

19

20

21        On June 5, 2008, plaintiff Cleophas White emailed a request to appear telephonically at a

22    hearing on a motion to compel he had noticed for June 10, 2008 at 10AM.  Plaintiff White has not

23    provided any reasons to support such a request.  Additionally, the courtroom equipment is not

24    capable of withstanding extensive oral arguments by telephone.  Accordingly, plaintiff's motion to

25    appear telephonically is denied unless he can demonstrate sufficient hardship that would prevent him

26    from making a personal appearance.  Plaintiff White is further advised to file such requests with the

27    Clerk's Office (and not electronically mailed to the court) so that they may be properly docketed and

28

1 | that all parties may receive notification of his requests.[1]

2 |       IT IS SO ORDERED.

3 | Dated:   *June 5, 2008*

4 |                                                   _____
5 |                                                   PATRICIA V. TRUMBULL
6 |                                                   United States Magistrate Judge

---

[1]       The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

1   Copies of order mailed on June 5, 2008 to the following:

2
    Cleophas White
3   1400 A Street, #51
    Sacramento, CA 95811
4

5

6

7
                                                    ____EHP_____
8                                                   Chambers of Magistrate Judge
9                                                   Patricia V. Trumbull

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28