IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLEOPHAS WHITE,

VS.

WAL-MART STORES, INC.,

CASE NO.: 08-00843 PVT

**CLERK'S NOTICE OF CONTINUANCE OF MOTION**

PLEASE TAKE NOTICE that **Plaintiff's Motion to Compel** previously set for June 10, 2008 before Magistrate Patricia V. Trumbull has been **Rescheduled to July 15, 2008 at 10:00 a.m.** The parties are to appear before the Magistrate Judge Patricia V. Trumbull in courtroom #5, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

DATED:  June 6, 2008

BY: /s/ Corinne Lew
Corinne Lew

Copies mailed on 6/6/08 to:

Cleophas White

1400 A St. #51
Sacramento, CA 95811

/s/ Corinne Lew

_____

Corinne Lew

Courtroom Deputy for

Magistrate Patricia V. Trumbull