From: Cleophas White, Plaintiff In Pro Per
To: The Honorable Patricia V. Trumbull
Ref. Case: White v. Wal Mart
Case # C0800843 PVT JF
Phone 916 856-4360

Copies To: The Honorable Patricia V. Trumbull
and Defense Counsel, Gregory Spallas.

Case 5:08-cv-00843-JF   Document 41   Filed 06/05/2008   Page 1 of 1

FILED
JUN 0 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Dear Judge Trumbull,

Enclosed please find a copy of a letter sent to me setting an ADR Conference, at the same time as your Motion Hearing for the Parties on June 10, 2008.

I didn't set this Conference, did you or the Honorable Judge Fogel set this Conference?

I'll be appearing at your Motion Hearing by phone, if Mr. Timothy Smagacy calls me at that time he would tie up my phone and I would be unable to appear in the Motion Hearing.

Please have your clerk check into this matter, and let me know how you would like for me to proceed.

I've enclosed a stamped envelope for the defendants copy to be mailed to defense counsel.

Thank You!!

Cleophas White
CLEOPHAS WHITE
Plaintiff
In Pro Per