**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CLEOPHAS WHITE,                                    C 08-00843 JF

           Plaintiff(s)

                                       **CLERK'S NOTICE CONTINUING**
                                       **HEARING DATE ON MOTION**

WAL-MART STORES,

              Defendant(s).
_____

      Please take notice that Plaintiff's  Motion to Compel previously scheduled for July 15, 2008

at 10:00 a.m.  has been continued to **August 19, 2008 at 10:00 a.m.**   Parties are to appear in courtroom

#5, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

                                    /s/ Corinne Lew

Dated: 7/3/08                                              _____
                                    Corinne Lew
                                    DEPUTY CLERK

1  Copies mailed on 7/3/08 to:

2  **Cleophas White**
   1400 A St. #51
3  Sacramento, CA 95811

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28