*Original copy*

1    CLEOPHAS WHITE

**FILED**

2

2008 AUG 13 A 11: 30

3

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

4

5    IN PRO PER

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

SAN JOSE, CALIFORNIA, SANTA CLARA COUNTY

7

8

9    CLEOPHAS WHITE,
        PLAINTIFF.

)    CASE NUMBER C 08-00843 JF-PVT
)    MOTION: FOR CONTINUANCE

10              VS.

)    HEARING: 8-19-08
)    TIME: 10:00 A.M.

11    WAL MART STORES, INC.

)    JUSTICE: JUDGE: P. TRUMBULL
)

12        DEFENDANTS.

)
)

13

14    Plaintiff request a 30 day Continuance for the following reason

15    On 2-11-08 the Court Granted plaintiff's request to Proceed In Forma Pauperis.

16    Plaintiff is Homeless and without phone service, and my car won't start. Making it

17

18    impossible for me to appear by phone or in person at this time.

19    Plaintiff will have a physical address and phone number within 30 days and supply the

20    Court and defendant with it. Or please Rule on the papers submitted.

21

22              RESPECTIFULLY SUBMITTED

23              CLEOPHAS WHITE

24              PLAINTIFF

25              8-12-08

26

27              WHITE VS. WAL MART

1

28