UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEOPHAS WHITE,            )<br>            Plaintiff,         )<br>    v.                              )<br>                                    )<br>WAL-MART STORES, INC.,  )<br>                                    )<br>            Defendant.       )<br>_____ ) | Case No.: C 08-00843 JF (PVT)<br><br>**ORDER GRANTING PLAINTIFF CLEOPHAS WHITE'S MOTION FOR CONTINUANCE** |

Plaintiff Cleophas White proceeding *pro se* moves to continue his motion to compel scheduled to be heard on August 19, 2008. Mr. White explains that he is experiencing personal hardships that would make his appearance at a hearing difficult, if not impossible. Based on defendant Wal-Mart-Stores, Inc.'s Separate Case Management Statement, defendant has not been served though service is expected pursuant to a district court order dated June 17, 2008. ("June 17, 2008 Order"). Accordingly, plaintiff White's motion to continue the hearing on the motion to

1  compel is granted.[1]  The motion is continued to October 7, 2008 at 10AM.

2        IT IS SO ORDERED.

3  Dated:  *August 15, 2008*

4                                                     /s/ Patricia V. Trumbull

5                                                     PATRICIA V. TRUMBULL
                                                      United States Magistrate Judge

---

[1]        The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 2*

1  Copies of order mailed on August 15, 2008 to the following:

2

Cleophas White
3  1400 A Street, #51
Sacramento, CA 95811
4

5

6

7
    ____EHP_____
8  Chambers of Magistrate Judge
Patricia V. Trumbull
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 3*