UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, August 15, 2008
**Case Number:** CV-08-843-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:              **CLEOPHAS WHITE  V. WAL-MART STORES**

              **PLAINTIFF**                              **DEFENDANT**

   **Attorneys Present:**                         **Attorneys Present:** Shivani Sutaria

PROCEEDINGS:
     Case management conference held.  Counsel for defendant is present.  Continued to 9/12/08 at 10:30 a.m. for further case management conference.