**Filed**

AUG 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CLEOPHAS WHITE

IN PRO PER

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE, CALIFORNIA, SANTA CLARA COUNTY

CLEOPHAS WHITE,
PLAINTIFF.

vs.

WAL MART STORES, INC.

DEFENDANTS.

CASE NUMBER C 08-00843 JF-PVT
MOTION: FOR CONTINUANCE
HEARING: 8-15-08
TIME: 10:30 AM
JUSTICE: JUDGE: J. FOGEL

Plaintiff request a 30 day Continuance for the following reason

On 2-11-08 the Court Granted plaintiff's request to Proceed In Forma Pauperis.

Plaintiff is Homeless and without phone service, and my car won't start. Making it impossible for me to appear by phone or in person at this time.

Plaintiff will have a physical address and phone number within 30 days and supply the Court and defendant with it. Or please Rule on the papers submitted.

RESPECTIFULLY SUBMITTED

*[signature]*

CLEOPHAS WHITE

PLAINTIFF

8-12-08

WHITE VS. WAL MART

1