OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FILED
AUG 29 2008

Chopra/white
1400 A Street #5)
Sacramento, CA 95811



NIXIE        957    DC 1           00 08/25/08
         RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 9511330O837          *2556-03200-18-35

02 1A
000432783
$00.42⁰
PITNEY BOWES
MAILED FROM ZIP CODE 95113
AUG 18 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CLEOPHAS WHITE, | ) | Case No.: C 08-00843 JF (PVT) |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING PLAINTIFF CLEOPHAS WHITE'S MOTION FOR CONTINUANCE** |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Cleophas White proceeding *pro se* moves to continue his motion to compel scheduled to be heard on August 19, 2008. Mr. White explains that he is experiencing personal hardships that would make his appearance at a hearing difficult, if not impossible. Based on defendant Wal-Mart-Stores, Inc.'s Separate Case Management Statement, defendant has not been served though service is expected pursuant to a district court order dated June 17, 2008. ("June 17, 2008 Order"). Accordingly, plaintiff White's motion to continue the hearing on the motion to

ORDER, *page 1*

compel is granted.[1] The motion is continued to October 7, 2008 at 10AM.

IT IS SO ORDERED.

Dated: *August 15, 2008*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 2*

Copies of order mailed on August 15, 2008 to the following:

Cleophas White
1400 A Street, #51
Sacramento, CA 95811

\_\_\_\_EHP_____
Chambers of Magistrate Judge
Patricia V. Trumbull