**E-Filed 12/1/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEOPHAS WHITE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　　　Defendant. | Case Number C 08-843 JF (PVT)<br><br>ORDER DIRECTING THE U.S. MARSHAL TO SERVE DEFENDANT WAL-MART STORES, INC. |

　　　　Pursuant to Magistrate Judge Trumbull's report and recommendation filed November 20, 2008, the Court directs the U.S. Marshal to serve the summons and complaint upon Defendant Wal-Mart Stores, Inc.

　　　　IT IS SO ORDERED.

DATED: 12/1/08

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1  Copies of Order served on:

2

3  Gregory Louis Spallas gspallas@psalaw.net, eillman@psalaw.net, jpliner@psalaw.net,
4  koliveira@psalaw.net, ssutaria@psalaw.net

   Shivani Sutaria ssutaria@psalaw.net
5

6
   Cleophas White
7  80 Market Street
   San Jose, CA 95113
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28