UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEOPHAS WHITE,<br>　　　　Plaintiff,<br><br>　　V.<br>WAL-MART STORES,<br>　　　　Defendants. | Case No.  CV-08-843-JF<br><br>ORDER TO SHOW CAUSE RE:<br>DISMISSAL |

　　The above named matter came regularly for a case management conference hearing before the Honorable Jeremy Fogel in Courtroom 3, on February 6, 2009 at 10:30 a.m. No appearance was made by Plaintiff.  The Court hereby issues this ORDER TO SHOW CAUSE, to be heard on March 13, 2008 at 10:30  a.m., as to why this action should not be dismissed for failure to prosecute.  If  Plaintiff does not file a response to the ORDER TO SHOW CAUSE by March 9, 2009, demonstrating why the case should not be dismissed, the Court  will dismiss the action without prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

Date: February 23, 2009

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　United States District Judge